**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SANDRA WILLS,
11506 Cosca Park Place
Clinton, MD 20735

      Plaintiff,

      v.

DISTRICT OF COLUMBIA,
Service:  Office of the Attorney General
          441 4th Street NW
          Washington, DC 20001
and

JAMES LOVE
300 Indiana Avenue, NW
Washington DC 20001

and

ROBERT BROWN
300 Indiana Avenue, NW
Washington DC 20001

and

ONOJA FREDERICK
300 Indiana Avenue, NW
Washington DC 20001

      Defendants.

Case No. 23-cv-517

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendants, District of Columbia (District) and Officer Robert Brown, respectfully

remove to this Court the civil action *Sandra Wills v. District of Columbia*, *James Love, Robert*

*Brown and Onoja Frederick*, Case No. 2023-CASB-000163 from the Superior Court of the

District of Columbia.  The grounds for removal are:

1.      The District and Officer Brown are defendants in the *Wills* lawsuit pending in the

Superior Court of the District of Columbia and are being represented through the District of

Columbia's Office of the Attorney General.

2.      Service of process was made on the District by certified mail, sent to the Office of the

Attorney General, 441 4th Street, N.W., Washington D.C. 20001, on or about January 27, 2023.

Officers Brown has been served.  Plaintiff has tried to serve Officer Love by certified mail, sent

to address of the Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington D.C.

20001, on or about January 23, 2023.  Officer Love has not been properly served as Plaintiff fails

to assert that the officer consented to the manner in which Plaintiff has attempted service of

process.  There is no affidavit of service for Officer Frederick.  The District seeks removal of the

Superior Court case to the United States District Court for the District of Columbia.  28 U.S.C. §

1446(b)(2)(A).

3.      This action is removable to this Court because of the existence of a federal question

raised by Plaintiff's Complaint ("the complaint").  Causes of action "founded on a claim or right

arising under the Constitution, treaties or laws of the United States" are removable without regard to

the citizenship or residence of the parties.  28 U.S.C. § 1441(b).  Plaintiff asserts that the officers

violated the Fourth and Fourteenth Amendments and has brought a cause of action for damages

under the federal civil rights statute, 42 U.S.C. §1983.  Complaint, generally.

4.      Plaintiff alleges that on January 2, 2020, the defendant police officers stopped her as she

was driving on South Dakota Avenue.  Complaint ¶ 9.  According to Plaintiff, the defendant

police officers "violently and unjustifiably grabbed [her], pulled her through the window/door,

twisted her arm and handcuffed her." *Id*. ¶ 12.  Plaintiff alleges that she was severely injured.

*Id*.  Plaintiff claims that the officers falsely accused her of running a redlight.  *Id*. ¶ 13.  Plaintiff

alleges that she was deprived of due process and equal protection as guaranteed under the

Constitution.  *Id*. ¶ 18.

5.      A "civil action brought in a State court of which the district courts of the United States

have original jurisdiction, may be removed by the defendant or defendants, to the district court of

the Unites States for the district and division embracing the place where such action is pending."

*See* 28 U.S.C. § 1441(a).  Plaintiff has asserted her claims under 42 U.S.C. § 1983, against the

District and the named police officers.  Plaintiff alleges that the actions of the officers violated

her Fourth and Fourteenth Amendments rights.  *Id*. Count I, ¶¶ 16–22.  Thus, removal based on a

cause of action founded in federal law is appropriate.

6.      The United States District Court for the District of Columbia has original jurisdiction

over the Superior Court matter because Plaintiff's lawsuit is brought under the Constitution and

laws of the United States.  28 U.S.C. § 1331.

7.      The District states that removal of this action is timely.  Under 28 U.S.C. § 1446(b),

"[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the

receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting

forth the claim for relief upon which such action or proceeding is based . . ."  Under 28 U.S.C. §

1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt by or service on that defendant

of the initial pleading or summons described in paragraph (1) to file the notice of removal."

8.      To date, the District and Officer Brown are the only defendants served.  Thus, this notice

of removal, which must be filed on or before Monday February 27, 2023, is timely.

9.      A copy of the Complaint is attached as Attachment 1; the Initial Order and Addendum is

attached as Attachment 2; Affidavit of Service as to the District is attached as Attachment 3;

Affidavit of Service by Certified Mail for Officer Brown is attached as Attachment 4; and

Affidavit of Service by Certified Mail for Officer Love is attached as Attachment 5.

For these reasons, the action pending in the Superior Court of the District of Columbia is

removed to this Court under 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/*David A. Jackson*
DAVID A. JACKSON [471535]
Senior Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Mobile Number)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

*/s/ Sarah T. Abutaleb*
SARAH T. ABUTALEB [1779979]
Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
202-724-6611
sarah.abutaleb@dc.gov

Attorneys for the District of Columbia and
Officer Brown